JS-6

YARMOSKI LAW GROUP
John Yarmoski, CSB#135132
*john@yarmoski.com*
333 City Boulevard West
17th Floor
Orange, CA 92868
Phone:  (626) 912-5211


Attorneys for Plaintiff
EAGLE TECH COMPUTERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EAGLE TECH COMPUTERS, INC., a California corporation; <br><br> Plaintiff, <br><br> vs. <br><br> DISCOUNTS ONLINE, INC., a California corporation dba DISCOUNTS JUNGLE; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: EDCV13-652 VAP (OPx) <br><br> [Proposed] CONSENT DECREE PURSUANT TO STIPULATION |

- 1 -

CONSENT DECREE PURSUANT TO STIPULATION

1      The Court, having read and considered the Joint
2 Stipulation for Entry of Consent Decree that has been executed
3 on behalf of Plaintiff Eagle Tech Computers, Inc. ("Plaintiff"),
4 Discounts Online, Inc. ("Defendant") and Westco, Inc. ("Cross-
5 Defendant"), and good cause appearing therefore, hereby:
6      ORDERS that this Consent Decree shall be and is hereby
7 entered in the within action as follows:
8      1. This Court has jurisdiction over this matter pursuant
9 to 15 U.S.C.A. § 1121 and 28 U.S.C.A. §§ 1331, 1332, 1338 and
10 1367.
11      2.  Plaintiff is the owner of all rights in and to the
12 trademark registration listed in Exhibit "A" ("Eagle Arion
13 Mark") attached hereto and incorporated herein by this
14 reference.
15      3.  Plaintiff has expended considerable resources in the
16 creation and commercial exploitation of the Eagle Arion Mark on
17 merchandise and in the enforcement of its intellectual property
18 rights in the Eagle Arion Mark.
19      4.  Plaintiff has alleged that Defendant made unauthorized
20 use of the Eagle Arion Mark.
21      5.  Defendant has alleged that acts or omissions
22 attributable to Cross-Defendant are responsible for Plaintiff's
23 damages.
24      6.  Defendant and Cross-Defendant, and their respective
25 agents, servants, employees and all persons in active concert
26 and participation with them who receive actual notice of the
27 injunction are hereby restrained and enjoined from:
28

      a) Infringing Plaintiff's trademark in the Eagle Arion Mark, either directly or contributorily, in any manner, including generally, but not limited to, manufacturing, importing, distributing, advertising, selling, or offering for sale, any unauthorized product which features the Eagle Arion Mark ("Unauthorized Products"), and, specifically:

          i) Importing, manufacturing, distributing, advertising, selling, or offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to the Eagle Arion Mark;

          ii) Importing, manufacturing, distributing, advertising, selling, or offering for sale, in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to the Eagle Arion Mark;

          iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's or Cross-Defendant's customers and/or members of the public to believe, the actions of Defendant or Cross-Defendant, the products sold or offered by Defendant or Cross-Defendant, or Defendant or Cross-Defendant themselves are connected with Plaintiff, are sponsored, approved

1 or licensed by Plaintiff, or are affiliated with
2 Plaintiff; or
3 iv) Affixing, applying, annexing or using in
4 connection with the importation, manufacture,
5 distribution, advertising, selling, offering for
6 sale, or other use of any goods or services, a false
7 description or representation, including words or
8 other symbols, tending to falsely describe or
9 represent such goods as being those of Plaintiff.

10  7.  Each party shall bear its own fees and costs of suit.

11  8.  This Consent Decree shall be deemed to have been served upon Defendant and Cross-Defendant at the time of its execution by the Court.

14  9.  The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendant and Cross-Defendant.

19  10.  The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

23  11.  Except as provided herein, all claims alleged in the Complaint and Counterclaim are dismissed with prejudice.

DATED: June 16, 2014

_____
Hon. Virginia A. Phillips
United States District Judge

YARMOSKI LAW GROUP


By: _____
    John Yarmoski
    Attorneys for Plaintiff
    Eagle Tech Computers, Inc.



LAW OFFICES OF BIN LI & ASSOCIATES


By: _____
    Bin Li
    Attorneys for Defendant
    Discounts Online, Inc.



BRYON Y. CHUNG, APC


By: _____
    Bryon Y. Chung
    Attorneys for Defendant
    Discounts Online, Inc.



LAW OFFICES OF MARK E. GOODFRIEND


By: _____
    Mark E. Goodfriend
    Attorneys for Cross-Defendant
    Westco, Inc.

**EXHIBIT A**

- 5 -

CONSENT DECREE PURSUANT TO STIPULATION

1
2
**<u>PLAINTIFF EAGLE TECH COMPUTERS, INC.'s TRADEMARK</u>**

3
4  Trademark:   EAGLE ARION

5  Mark Drawing Code: Word

6  Trademark Registration No.: 3918096

7  Trademark Registration Date: February 8, 2011

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CONSENT DECREE PURSUANT TO STIPULATION